

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-20-00271-CV

**IN THE INTEREST OF N.R.B-E., A.S.M.B.D., A.L.B-D., A.B., CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00669
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellee's brief was originally due on August 18, 2020. On August 20, 2020, appellee filed its brief and a motion requesting an extension of time to file the brief until August 20, 2020. After consideration, appellee's motion is granted. Appellee's brief is deemed timely filed as of August 20, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court